**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BARBARA LITTLE,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:15-0215** |
| v. | : | **(JUDGE MANNION)** |
| **CAROLYN W. COLVIN,** | : | |
| **Commissioner of Social Security,** | : | |
| **Defendant** | : | |
| | : | |

**MEMORANDUM**

Pending before the court is the report of Magistrate Judge Joseph F. Saporito, Jr., which recommends that the decision of the Commissioner of Social Security denying the plaintiff's claim for supplemental security income be vacated and the action be remanded to the Commissioner for a new administrative hearing. (Doc. 15). The defendant has waived her opportunity to object to Judge Saporito's report and recommendation, (Doc. 16), and the plaintiff has indicated that she is not going to file any objections, (Doc. 17).

Where no objection is made to a report and recommendation, the court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed.R.Civ.P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F.Supp.2d 465, 469 (2010) (citing *Henderson v. Carlson,* 812 F.2d 874, 878 (3d Cir. 1987) (explaining judges should give some review to every Report and Recommendation)). Nevertheless, whether timely objections are made or not, the district court may accept, not accept or

modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. §636(b)(1); Local Rule 72.31.

The court has reviewed each of the recommended bases presented by Judge Saporito for vacating and remanding the instant action. Because the court agrees with the sound reasoning that led Judge Saporito to the conclusions in his report and finds no clear error on the face of the record, the court will adopt the report in its entirety. An appropriate order shall issue.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 29, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0215-01.wpd