# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BARBARA LITTLE,** : | |
| Plaintiff : | CIVIL ACTION NO. 3:15-0215 |
| v. : | (JUDGE MANNION) |
| **CAROLYN W. COLVIN,** : | |
| **Commissioner of Social Security,** : | |
| Defendant : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Judge Saporito issued in the above-captioned matter, (**Doc. 15**), **ADOPTED IN ITS ENTIRETY**;

**(2)** the decision of the Commissioner denying the plaintiff's claim for supplemental security income is **VACATED** and the matter is **REMANDED** for further proceedings in accordance with the report of Judge Saporito; and

**(3)** the Clerk of Court is directed to mark this action **CLOSED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 29, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0215-01-ORDER.wpd